| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>FULTON BANK OF NEW JERSEY<br>R.A. LEBRON, ESQ.<br>FLT049<br>bankruptcy@feinsuch.com | |
| In Re:<br><br>DEREK J LEARY aka DEREK J LEARY SR and MICHELLE L LEARY aka MICHELLE L SUTTON<br><br> Debtor(s). | Case No.: 17-33417 ABA<br><br>Chapter: 13<br><br>Judge: Hon. Andrew B. Altenburg, Jr. |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>FULTON BANK OF NEW JERSEY</u>. This party is a party in interest in this case and is a secured creditor. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

```
ADDRESS:    FEIN, SUCH, KAHN & SHEPARD, P.C.
            Counsellors at Law
            7 Century Drive - Suite 201
            Parsippany, New Jersey 07054
```

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

**FEIN, SUCH, KAHN & SHEPARD, P.C.**
Attorneys for Secured Creditor

_____
R.A. LEBRON, ESQ.

Dated: <u>December 13, 2017</u>

Case No.:  17-33417 ABA                    2