| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Karen B. Olson, Esq.<br>Knuckles, Komosinski & Manfro, LLP<br>565 Taxter Road, Suite 590<br>Elmsford, NY 10523<br>Phone: (914) 345-3020<br>E-Fax (914) 992-9154<br>kbo@kkmllp.com | **NOTICE OF APPEARANCE** |
| In Re:<br><br><br>Derek J Leary aka Derek J Leary Sr<br>and Michelle L Leary aka Michelle L Sutton | Case No.:      17-33417-ABA<br>Chapter:       13<br>Hearing Date:<br>Judge:          Andrew B. Altenburg Jr. |

PLEASE TAKE NOTICE THAT HMC Assets LLC solely in its capacity as Separate Trustee of Community Development Fund III Trust appears herein by its counsel, Law Offices of KNUCKLES, KOMOSINSKI & MANFRO, LLP and demands pursuant to Rules 2002 and 9007 of the Bankruptcy Rules that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office address and telephone number:

Law Offices of
Knuckles, Komosinski & Manfro, LLP
565 Taxter Road, Suite 590
Elmsford, NY 10523
(914) 345-3020

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without

limitation, orders and notices of any application, motion, petition, pleadings, request, complaint, or demand, whether formal or informal, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise which may affect or seek to affect in any way any rights or interests of HMC Assets LLC solely in its capacity as Separate Trustee of Community Development Fund III Trust with respect to the Debtor's property or proceeds thereof in which the Debtor may claim an interest.

Dated:     Elmsford, NY
           January 16, 2018

                                      Law Offices of Knuckles, Komosinski & Manfro, LLP
                                      Attorneys for HMC Assets LLC solely in its capacity as
                                      Separate Trustee of Community Development Fund III
                                      Trust

By: _____
           Karen B. Olson, Esq.
           565 Taxter Road, Suite 590
           Elmsford, NY 10523
           Phone: (914) 345-3020
           kbo@kkmllp.com

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Karen B. Olson, Esq.<br>Knuckles, Komosinski & Manfro, LLP<br>565 Taxter Road, Suite 590<br>Elmsford, NY 10523<br>Phone: (914) 345-3020<br>E-Fax (914) 992-9154<br>kbo@kkmllp.com<br><br>In Re:<br><br>Derek J Leary aka Derek J Leary Sr<br>and Michelle L Leary aka Michelle L Sutton |                          |
|---|---|
| Case No.: | 17-33417-ABA |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | |
| Judge: | Andrew B. Altenburg |

## CERTIFICATION OF SERVICE

1. I, __Te-Ga Hamm__ :

   ☐ represent the _____ in the above-captioned matter.

   ☑ am the secretary/paralegal for __Karen B. Olson, Esq.__, who represents the __Creditor__ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On __January 16, 2018__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Notice of Appearance

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: January 16, 2018            /s/ Te-Ga Hamm
                                   Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Derek J Leary<br>38 Tomasello Dr<br>Millville, NJ 08332<br>aka Derek J Leary Sr | Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Terry Tucker ESQ<br>Terry Glen Tucker, P.C.<br>80 West Broad Street<br>Bridgeton, NJ 08302 | Debtor's Attorney | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Michelle L Leary<br>38 Tomasello Dr<br>Millville, NJ 08332<br>aka Michelle L Sutton | Joint Debtor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

2