# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2017 to 12/31/2017
**Case Number: 17-33417 (ABA)**

Derek J. Leary and Michelle L. Leary
38 Tomasello Drive
Millville, NJ  08332

Monthly Payment: $2,524.00
Payments / Month: 1
Current Trustee Comp.: 7.80%

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 12/04/2017 | $2,524.00 | | | | | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | DEREK J. LEARY | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TERRY TUCKER, ESQUIRE | 13 | $3,100.00 | $0.00 | $3,100.00 | $0.00 |
| 1 | ALLY FINANCIAL | 24 | $20,231.05 | $0.00 | $20,231.05 | $0.00 |
| 2 | AMAZON | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | American Eagle | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | VW CREDIT, INC. | 24 | $46,700.00 | $0.00 | $46,700.00 | $0.00 |
| 5 | BSI | 24 | $68,000.00 | $0.00 | $68,000.00 | $0.00 |
| 6 | CAPITAL ONE BANK (USA) | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | CARDMEMBER SERVICE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CARE CREDIT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | CITI CARDS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CREDIT ONE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | DICKS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | DISCOVER BANK | 33 | $4,435.34 | $0.00 | $4,435.34 | $0.00 |
| 13 | FIRST NATIONAL CREDIT CARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | FULTON BANK OF NEW JERSEY | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | AMERICAN HONDA FINANCE CORPORATION | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | DEPARTMENT OF THE TREASURY | 33 | $456.76 | $0.00 | $456.76 | $0.00 |
| 17 | KOHL'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | LENDING CLUB | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | LOWES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | MEMBERS 1ST OF NJ F.C.U. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | MEMBERS 1ST OF NJ F.C.U. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | MERRICK BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | NELNET ON BEHALF OF NJHESAA | 33 | $5,748.23 | $0.00 | $5,748.23 | $0.00 |
| 24 | NEW YORK & CO. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | PAY PAL CREDIT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | POLICE AND FIRE FCU | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | STATE OF NEW JERSEY | 28 | $4,000.00 | $0.00 | $4,000.00 | $0.00 |
| 28 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN
WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|------------|------------|-------------|------------------|
| 29 | TD AUTO FINANCE, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | TARGET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | TARGET CARD SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | VICTORIA'S SECRET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | WALMART | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | WALMART | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | MICHELLE L. LEARY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | TERRY TUCKER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | DEPARTMENT OF THE TREASURY | 28 | $11,692.51 | $0.00 | $11,692.51 | $0.00 |
| 40 | AUDI FINANCIAL SERVICES | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | Honda Financial | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | CAPITAL ONE BANK (USA) | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|------------|-----------|---------|
| 12/01/2017 | 2.00 | $2,524.00 |
| 02/01/2018 | 58.00 | $2,858.00 |
| 12/01/2022 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $2,524.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $4,654.26 |
| Arrearages: | $0.00 |
| Attorney: | TERRY TUCKER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**