Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−33417−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Derek J Leary
aka Derek J Leary Sr
38 Tomasello Dr
Millville, NJ 08332

Michelle L Leary
aka Michelle L Sutton
38 Tomasello Dr
Millville, NJ 08332

Social Security No.:
    xxx−xx−0113                              xxx−xx−8820

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 12, 2018.

On April 16, 2018, the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:           May 23, 2018
Time:           09:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: April 17, 2018
JAN: jpl

Jeanne Naughton
Clerk

```
                                United States Bankruptcy Court
                                     District of New Jersey
In re:                                                                   Case No. 17-33417-ABA
Derek J Leary                                                            Chapter 13
Michelle L Leary
            Debtors                       CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 3                  Date Rcvd: Apr 17, 2018
                              Form ID: 185                Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2018.
db/jdb         +Derek J Leary,    Michelle L Leary,    38 Tomasello Dr,    Millville, NJ 08332-9423
cr             +HMC Assets LLC,    Knuckles, Komosinski & Manfro, LLP,    50 Tice Blvd,
                 Woodcliff, NJ 07677-7654
cr             +TD Auto Finance LLC,   950 New Loudon Rd.,    Latham, NY 12110-2100
517185433      +Audi Financial Services,    POB 5215,    Carol Stream, IL 60197-5215
517185434      +BSI,   314 S Franklin St 2nd Fl,    POB 517,   Titusville, PA 16354-0517
517185435      +Capital One Bank (USA),    PO Box 6492,    Carol Stream, IL 60197-6492
517279304       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517185436      +Cardmember Service,   PO Box 1423,    Charlotte, NC 28201-1423
517185438      +Citi Cards,    PO Box 9001037,   Louisville, KY 40290-1037
517185442      +First National Credit Card,    PO Box 2496,   Omaha, NE 68103-2496
517386447      +HMC ASSETS, LLC SOLELY IN ITS CAPACITY AS SEPARATE,     c/o Knuckles Komosinski & Manfro LLP,
                 565 Taxter Road Suite 590,    Elmsford NY 10523-2300
517282047      +HMC Assets LLC,    Knuckles, Komosinski & Elliott LLP,    565 Taxter Road,
                 Elmsford, NY 10523-2300
517388954      +HMC Assets, LLC,    BSI Financial Services,    1425 Greenway Drice, Suite 400,
                 Irving, TX 75038-2480
517185449      +Member’s 1st FCU,    37 W Landis Ave,   Vineland, NJ 08360-8122
517202544      +Members 1st of NJ Federal Credit Union,     McKenna, DuPont, Higgins & Stone,    PO Box 610,
                 229 Broad Street,    Red Bank, NJ 07701-2009
517197413      +Nelnet on behalf of NJHESAA,    New Jersey Higher Ed Student Asst Auth,
                 4 Quakerbridge Plaza PO Box 548,    Trenton NJ 08625-0548
517185453      +New York & Co.,    PO Box 659728,   San Antonio, TX 78265-9728
517185454      +Pay Pal Credit,    PO Box 105658,   Atlanta, GA 30348-5658
517185455      +Police and Fire FCU,   901 Arch St,    Philadelphia, pa 19107-2495
517366859     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,     Department of Treasury,
                 Division of Taxation,    PO BOX 245,   Trenton NJ 08695-0245)
517185456      +State of New Jersey,   Division of Taxation,    50 Barrack St  POB 269,
                 Trenton, New Jersey 08646-0269
517248670      +TD Auto Finance LLC,   Schiller, Knapp, Lefkowitz & Hertzel LLP,
                 30 Montgomery Street, Suite 1205,    Jersey City, NJ 07302-3835
517247164      +TD Auto Finance, LLC,    Trustee Payment Department,    PO Box 16041,    Lewiston, ME 04243-9523
517185459       TDBank Auto,    POB 99755,   Sacramento, CA 95899
517185457      +Target,    PO Box 660170,   Dallas, TX 75266-0170
517185458      +Target Card Services,    PO Box 660170,   Dallas, TX 75266-0170
517215867      +VW Credit, Inc.,    PO Box 9013,   Addison, Texas 75001-9013
517185460      +Victoria’s Secret,    PO Box 182273,   Columbus, OH 43218-2273

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 17 2018 23:32:06      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 17 2018 23:32:01      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr              E-mail/Text: ally@ebn.phinsolutions.com Apr 17 2018 23:31:12      Ally Capital,
                 serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
517197215       E-mail/Text: ebnbankruptcy@ahm.honda.com Apr 17 2018 23:32:18
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
517185444       E-mail/Text: ebnbankruptcy@ahm.honda.com Apr 17 2018 23:32:18      Honda Financial,    POB 1844,
                 Alpharetta, GA 30023
517213820       E-mail/Text: ally@ebn.phinsolutions.com Apr 17 2018 23:31:12      Ally Capital,    PO Box 130424,
                 Roseville MN 55113-0004
517185430      +E-mail/Text: ally@ebn.phinsolutions.com Apr 17 2018 23:31:12      Ally Financial,    POB 380901,
                 Bloomington, MN 55438-0901
517185431      +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2018 23:36:31      Amazon,    PO Box 960013,
                 Orlando, FL 32896-0013
517185432      +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2018 23:36:57      American Eagle,    PO Box 530942,
                 Atlanta, GA 30353-0942
517185437      +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2018 23:36:31      Care Credit,   PO Box 960061,
                 Orlando, FL 32896-0061
517185439      +E-mail/PDF: creditonebknotifications@resurgent.com Apr 17 2018 23:37:04      Credit One,
                 PO Box 98873,    Las Vegas, NV 89193-8873
517185440      +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2018 23:37:27      Dicks,   PO Box 530916,
                 Atlanta, GA 30353-0916
517185441      +E-mail/Text: mrdiscen@discover.com Apr 17 2018 23:31:14      Discover,    PO Box 71084,
                 Charlotte, NC 28272-1084
517204069      +E-mail/Text: mrdiscen@discover.com Apr 17 2018 23:31:14      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany Ohio 43054-3025
517185443      +E-mail/Text: bankruptcy@fult.com Apr 17 2018 23:33:16      Fulton Bank,    533 Fellowship Rd #250,
                 Mt laurel, NJ 08054-3411
```

```
District/off: 0312-1           User: admin              Page 2 of 3              Date Rcvd: Apr 17, 2018
                               Form ID: 185             Total Noticed: 61

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517185445      +E-mail/Text: cio.bncmail@irs.gov Apr 17 2018 23:31:38      IRS,    POB 7346,
                 Philadelphia, Pennsylvania 19101-7346
517185446      +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 17 2018 23:31:25      Kohl's,    PO Box 2983,
                 Milwaukee, WI 53201-2983
517382070       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 17 2018 23:37:42
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517382063       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 17 2018 23:37:08
                 LVNV Funding, LLC its successors and assigns as,    assignee of LendingClub Corporation,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517382100       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 17 2018 23:37:09
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517382061       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 17 2018 23:37:10
                 LVNV Funding, LLC its successors and assigns as,    assignee of LGI SPV I,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517185447      +E-mail/Text: bk@lendingclub.com Apr 17 2018 23:32:40      Lending Club,
                 71 Stevenson Street Suite 300,    San Francisco, CA 94105-2985
517185448      +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2018 23:37:27      Lowes,    PO Box 530914,
                 Atlanta, GA 30353-0914
517382863       E-mail/Text: bkr@cardworks.com Apr 17 2018 23:31:05      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517341054      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 17 2018 23:32:00      MIDLAND FUNDING LLC,
                 PO BOX 2011,    Warren MI 48090-2011
517185450      +E-mail/Text: bmyers@membersonenj.org Apr 17 2018 23:31:56      Members 1st of NJ FCU,
                 37 West Landis Ave.,    Vineland, NJ 08360-8122
517185451      +E-mail/Text: bkr@cardworks.com Apr 17 2018 23:31:05      Merrick Bank,    PO Box 660702,
                 Dallas, TX 75266-0702
517185452      +E-mail/Text: electronicbkydocs@nelnet.net Apr 17 2018 23:32:12      Nelnet,    PO Box 2970,
                 Omaha, NE 68103-2970
517375324       E-mail/Text: bnc-quantum@quantum3group.com Apr 17 2018 23:31:54
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
517186190      +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2018 23:37:27      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517386593      +E-mail/Text: bncmail@w-legal.com Apr 17 2018 23:32:18      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517185462      +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2018 23:36:58      Walmart,    PO Box 530927,
                 Atlanta, GA 30353-0927
517185461      +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2018 23:36:58      Walmart,    PO Box 960024,
                 Orlando, FL 32896-0024
                                                                                              TOTAL: 33

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Members 1st of NJ Federal Credit Union,   McKenna, DuPont, Higgins & Stone,   PO Box 610,
                 229 Broad Street,    Red Bank, NJ 07701-2009
517315395*     +VW Credit, Inc.,    PO Box 9013,   Addison, Texas 75001-9013
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2018                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1           User: admin                Page 3 of 3                  Date Rcvd: Apr 17, 2018
                               Form ID: 185               Total Noticed: 61
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2018 at the address(es) listed below:

```
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          John R. Morton, Jr.    on behalf of Creditor   Ally Capital ecfmail@mortoncraig.com,
           mortoncraigecf@gmail.com
          Karen B. Olson    on behalf of Creditor   HMC Assets LLC kbo@kkmllp.com, nmm@kkmllp.com
          Michael R. DuPont    on behalf of Creditor   Members 1st of NJ Federal Credit Union
           dupont@redbanklaw.com, dana@redbanklaw.com
          R. A. Lebron    on behalf of Creditor   FULTON BANK OF NEW JERSEY bankruptcy@feinsuch.com
          Rebecca Ann Solarz    on behalf of Creditor   VW Credit Inc. dba Audi Financial Services
           rsolarz@kmllawgroup.com
          Richard James Tracy, III    on behalf of Creditor   TD Auto Finance LLC rtracy@schillerknapp.com,
           tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
          Terry Tucker    on behalf of Joint Debtor Michelle L Leary terrytucker@comcast.net
          Terry Tucker    on behalf of Debtor Derek J Leary terrytucker@comcast.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 11
```