Printed on: 02/12/2019  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2018 to 12/31/2018  
**Case Number: 17-33417 (ABA)**

Derek J. Leary and Michelle L. Leary  
38 Tomasello Drive  
Millville, NJ  08332

Monthly Payment: $2,935.00  
Payments / Month: 1  
Current Trustee Comp.: 8.20%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/05/2018 | $2,524.00 | 02/06/2018 | $2,858.00 | 03/13/2018 | $2,858.00 | 04/09/2018 | $2,858.00 |
| 05/07/2018 | $2,935.00 | 06/18/2018 | $2,935.00 | 07/16/2018 | $2,935.00 | 08/27/2018 | $2,935.00 |
| 09/21/2018 | $2,935.00 | 10/22/2018 | $2,935.00 | 11/26/2018 | $2,935.00 | 12/28/2018 | $2,935.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | DEREK J. LEARY | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | TERRY TUCKER, ESQUIRE | 13 | $3,100.00 | $3,100.00 | $0.00 | $3,100.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 24 | $20,231.05 | $4,766.95 | $15,764.10 | $3,973.95 |
| 2 | QUANTUM3 GROUP, LLC | 33 | $1,772.97 | $0.00 | $1,772.97 | $0.00 |
| 3 | QUANTUM3 GROUP, LLC | 33 | $296.49 | $0.00 | $296.49 | $0.00 |
| 4 | VW CREDIT, INC. | 24 | $2,639.27 | $2,639.27 | $0.00 | $2,639.27 |
| 5 | HMC ASSETS, LLC | 24 | $115,024.83 | $23,666.62 | $91,358.21 | $19,070.96 |
| 6 | MIDLAND FUNDING, LLC | 33 | $2,093.37 | $0.00 | $2,093.37 | $0.00 |
| 7 | CARDMEMBER SERVICE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | QUANTUM3 GROUP, LLC | 33 | $3,709.74 | $0.00 | $3,709.74 | $0.00 |
| 9 | LVNV FUNDING, LLC | 33 | $2,137.33 | $0.00 | $2,137.33 | $0.00 |
| 10 | LVNV FUNDING, LLC | 33 | $2,415.92 | $0.00 | $2,415.92 | $0.00 |
| 11 | QUANTUM3 GROUP, LLC | 33 | $2,240.53 | $0.00 | $2,240.53 | $0.00 |
| 12 | DISCOVER BANK | 33 | $4,435.34 | $0.00 | $4,435.34 | $0.00 |
| 13 | FIRST NATIONAL CREDIT CARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | FULTON BANK OF NEW JERSEY | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | AMERICAN HONDA FINANCE CORPORATION | 33 | $3,792.81 | $0.00 | $3,792.81 | $0.00 |
| 16 | DEPARTMENT OF THE TREASURY | 33 | $456.76 | $0.00 | $456.76 | $0.00 |
| 17 | CAPITAL ONE, N.A. | 33 | $634.03 | $0.00 | $634.03 | $0.00 |
| 18 | LVNV FUNDING, LLC | 33 | $14,539.07 | $0.00 | $14,539.07 | $0.00 |
| 19 | QUANTUM3 GROUP, LLC | 33 | $4,414.81 | $0.00 | $4,414.81 | $0.00 |
| 20 | MEMBERS 1ST OF NJ F.C.U. | 33 | $24,490.87 | $0.00 | $24,490.87 | $0.00 |
| 21 | MEMBERS 1ST OF NJ F.C.U. | 33 | $6,066.50 | $0.00 | $6,066.50 | $0.00 |
| 22 | MERRICK BANK | 33 | $1,559.02 | $0.00 | $1,559.02 | $0.00 |
| 23 | NELNET ON BEHALF OF NJHESAA | 33 | $5,748.23 | $0.00 | $5,748.23 | $0.00 |
| 24 | QUANTUM3 GROUP, LLC | 33 | $500.24 | $0.00 | $500.24 | $0.00 |
| 25 | PAY PAL CREDIT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | POLICE & FIRE FEDERAL CREDIT UNION | 33 | $4,503.82 | $0.00 | $4,503.82 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | STATE OF NEW JERSEY | 28 | $2,633.07 | $0.00 | $2,633.07 | $0.00 |
| 28 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | TD AUTO FINANCE, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | TD BANK USA, N.A. | 33 | $620.69 | $0.00 | $620.69 | $0.00 |
| 31 | TD BANK USA, N.A. | 33 | $3,465.82 | $0.00 | $3,465.82 | $0.00 |
| 32 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | QUANTUM3 GROUP, LLC | 33 | $484.06 | $0.00 | $484.06 | $0.00 |
| 34 | QUANTUM3 GROUP, LLC | 33 | $746.86 | $0.00 | $746.86 | $0.00 |
| 35 | QUANTUM3 GROUP, LLC | 33 | $5,989.84 | $0.00 | $5,989.84 | $0.00 |
| 36 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | MICHELLE L. LEARY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | TERRY TUCKER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | DEPARTMENT OF THE TREASURY | 28 | $11,692.51 | $0.00 | $11,692.51 | $0.00 |
| 40 | AUDI FINANCIAL SERVICES | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | AMERICAN HONDA FINANCE CORPORATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | MIDLAND FUNDING, LLC | 33 | $4,002.45 | $0.00 | $4,002.45 | $0.00 |
| 43 | MIDLAND FUNDING, LLC | 33 | $1,666.63 | $0.00 | $1,666.63 | $0.00 |
| 44 | MIDLAND FUNDING, LLC | 33 | $1,874.94 | $0.00 | $1,874.94 | $0.00 |
| 45 | MIDLAND FUNDING, LLC | 33 | $281.06 | $0.00 | $281.06 | $0.00 |
| 46 | LVNV FUNDING, LLC | 33 | $19,691.47 | $0.00 | $19,691.47 | $0.00 |
| 47 | LVNV FUNDING, LLC | 33 | $736.10 | $0.00 | $736.10 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 12/01/2017 | 5.00 | $0.00 |
| 05/01/2018 | Paid to Date | $16,557.00 |
| 06/01/2018 | 54.00 | $2,935.00 |
| 12/01/2022 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $34,578.00 |
| Total paid to creditors this period: | $28,784.18 |
| Undistributed Funds on Hand: | $2,694.33 |
| Arrearages: | $2,935.00 |
| Attorney: | TERRY TUCKER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**