Form ntcfncurv – testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 17−33417−ABA
                        Chapter: 13
                        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Derek J Leary | Michelle L Leary |
| aka Derek J Leary Sr | aka Michelle L Sutton |
| 38 Tomasello Dr | 38 Tomasello Dr |
| Millville, NJ 08332 | Millville, NJ 08332 |

Social Security No.:
   xxx−xx−0113                                    xxx−xx−8820

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

   TO: <u>Derek J Leary and Michelle L Leary</u>
        Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: January 5, 2023
JAN: def

                                                             <u>Jeanne Naughton, Clerk</u>