| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Derek J Leary<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0113<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | Michelle L Leary<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8820<br>EIN   \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–33417–ABA | | |

# Order of Discharge                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Derek J Leary                                          Michelle L Leary
aka Derek J Leary Sr                          aka Michelle L Sutton

2/17/23                                                    **By the court:** Andrew B. Altenburg Jr.
                                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-33417-ABA |
| Derek J Leary | Chapter 13 |
| Michelle L Leary | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Feb 17, 2023 | Form ID: 3180W | Total Noticed: 70 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Derek J Leary, Michelle L Leary, 38 Tomasello Dr, Millville, NJ 08332-9423 |
| cr | + | HMC Assets LLC, Knuckles, Komosinski & Manfro, LLP, 50 Tice Blvd, Woodcliff, NJ 07677-7654 |
| cr | + | HMC Assets, LLC Solely in its capacity as Separate, Knuckles, Komosinski & Manfro, LLP, 565 Taxter Road, Suite 590, Elmsford, NY 10523-2300 |
| cr | + | TD Auto Finance LLC, 950 New Loudon Rd., Latham, NY 12110-2100 |
| cr | + | U.S. Bank Trust National Association, as Trustee o, Friedman Vartolo, LLP, 1325 Franklin Ave., Ste 160, Garden City, NY 11530-1631 |
| 517185433 | + | Audi Financial Services, POB 5215, Carol Stream, IL 60197-5215 |
| 517185434 | + | BSI, 314 S Franklin St 2nd Fl, POB 517, Titusville, PA 16354-0517 |
| 517386447 | + | HMC ASSETS, LLC SOLELY IN ITS CAPACITY AS SEPARATE, c/o Knuckles Komosinski & Manfro LLP, 565 Taxter Road Suite 590, Elmsford NY 10523-2300 |
| 517282047 | + | HMC Assets LLC, Knuckles, Komosinski & Elliott LLP, 565 Taxter Road, Elmsford, NY 10523-2300 |
| 517388954 | + | HMC Assets, LLC, BSI Financial Services, 1425 Greenway Drice, Suite 400, Irving, TX 75038-2480 |
| 517810288 | + | MTGLQ Investors, LP, KML Law Group, P.C., 216 Haddon Avenue, Suite 406, Westmont, NJ 08108-2812 |
| 517202544 | + | Members 1st of NJ Federal Credit Union, McKenna, DuPont, Higgins & Stone, PO Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 517197413 | + | Nelnet on behalf of NJHESAA, New Jersey Higher Ed Student Asst Auth, 4 Quakerbridge Plaza PO Box 548, Trenton NJ 08625-0548 |
| 517185455 | + | Police and Fire FCU, 901 Arch St, Philadelphia, pa 19107-2495 |
| 517185456 | + | State of New Jersey, Division of Taxation, 50 Barrack St POB 269, Trenton, New Jersey 08646-0269 |
| 517366859 | | State of New Jersey, Department of Treasury, Division of Taxation, PO BOX 245, Trenton NJ 08695-0245 |
| 517248670 | + | TD Auto Finance LLC, Schiller, Knapp, Lefkowitz & Hertzel LLP, 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |
| 517185459 | | TDBank Auto, POB 99755, Sacramento, CA 95899 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 17 2023 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 17 2023 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: GMACFS.COM | Feb 18 2023 01:34:00 | Ally Capital, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| 517197215 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 17 2023 20:42:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 517185444 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 17 2023 20:42:00 | Honda Financial, POB 1844, Alpharetta, GA 30023 |
| 517213820 | | EDI: GMACFS.COM | Feb 18 2023 01:34:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 517185430 | + | EDI: GMACFS.COM | Feb 18 2023 01:34:00 | Ally Financial, POB 380901, Bloomington, MN 55438-0901 |
| 517185431 | + | EDI: RMSC.COM | Feb 18 2023 01:34:00 | Amazon, PO Box 960013, Orlando, FL |

Case 17-33417-ABA    Doc 63    Filed 02/19/23    Entered 02/20/23 00:13:27    Desc Imaged
                          Certificate of Notice    Page 4 of 7

| District/off: 0312-1 | User: admin | Page 2 of 5 |
| --- | --- | --- |
| Date Rcvd: Feb 17, 2023 | Form ID: 3180W | Total Noticed: 70 |

| | | | |
| --- | --- | --- | --- |
| | | | 32896-0013 |
| 517185432 | + EDI: RMSC.COM | Feb 18 2023 01:34:00 | American Eagle, PO Box 530942, Atlanta, GA 30353-0942 |
| 517185435 | + EDI: CAPITALONE.COM | Feb 18 2023 01:34:00 | Capital One Bank (USA), PO Box 6492, Carol Stream, IL 60197-6492 |
| 517279304 | Email/PDF: bncnotices@becket-lee.com | Feb 17 2023 20:57:54 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517185437 | + EDI: RMSC.COM | Feb 18 2023 01:34:00 | Care Credit, PO Box 960061, Orlando, FL 32896-0061 |
| 517185438 | + EDI: CITICORP.COM | Feb 18 2023 01:34:00 | Citi Cards, PO Box 9001037, Louisville, KY 40290-1037 |
| 517185439 | + Email/PDF: creditonebknotifications@resurgent.com | Feb 17 2023 20:45:09 | Credit One, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517185440 | + EDI: RMSC.COM | Feb 18 2023 01:34:00 | Dicks, PO Box 530916, Atlanta, GA 30353-0916 |
| 517185441 | + EDI: DISCOVER.COM | Feb 18 2023 01:34:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 517204069 | + EDI: DISCOVER.COM | Feb 18 2023 01:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 517185442 | Email/Text: BNSFN@capitalsvcs.com | Feb 17 2023 20:41:00 | First National Credit Card, PO Box 2496, Omaha, NE 68103 |
| 517185443 | + Email/Text: bankruptcy@fult.com | Feb 17 2023 20:42:00 | Fulton Bank, 533 Fellowship Rd #250, Mt laurel, NJ 08054-3411 |
| 517185445 | + EDI: IRS.COM | Feb 18 2023 01:34:00 | IRS, POB 7346, Philadelphia, Pennsylvania 19101-7346 |
| 517185436 | EDI: JPMORGANCHASE | Feb 18 2023 01:34:00 | Cardmember Service, PO Box 1423, Charlotte, NC 28201 |
| 518886741 | Email/Text: legaldivision@kheaa.com | Feb 17 2023 20:41:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518886742 | Email/Text: legaldivision@kheaa.com | Feb 17 2023 20:41:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 517185446 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 17 2023 20:41:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 517382063 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 17 2023 20:45:10 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517382070 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 17 2023 20:45:11 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517382100 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 17 2023 20:45:11 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517382061 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 17 2023 20:45:11 | LVNV Funding, LLC its successors and assigns as, assignee of LGI SPV I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517185447 | + EDI: LENDNGCLUB | Feb 18 2023 01:34:00 | Lending Club, 71 Stevenson Street Suite 300, San Francisco, CA 94105-2985 |
| 517185448 | + EDI: RMSC.COM | Feb 18 2023 01:34:00 | Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 517382863 | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 17 2023 20:45:17 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

Case 17-33417-ABA    Doc 63    Filed 02/19/23    Entered 02/20/23 00:13:27    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Feb 17, 2023 | Form ID: 3180W | Total Noticed: 70 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 517341054 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 17 2023 20:42:00 | MIDLAND FUNDING LLC, PO BOX 2011, Warren MI 48090-2011 |
| 518462637 | + | Email/Text: flyersprod.inbound@axisai.com | Feb 17 2023 20:41:00 | MTGLQ Investors, LP, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708, MTGLQ Investors, LP, c/o Rushmore Loan Management Services 92619-2708 |
| 518462636 | | Email/Text: flyersprod.inbound@axisai.com | Feb 17 2023 20:41:00 | MTGLQ Investors, LP, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 517185449 | + | Email/Text: ecrean@membersonenj.org | Feb 17 2023 20:41:00 | Member's 1st FCU, 37 W Landis Ave, Vineland, NJ 08360-8122 |
| 517185450 | + | Email/Text: bmyers@membersonenj.org | Feb 17 2023 20:42:00 | Members 1st of NJ FCU, 37 West Landis Ave., Vineland, NJ 08360-8122 |
| 517185451 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 17 2023 20:45:08 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 517185452 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 17 2023 20:42:00 | Nelnet, PO Box 2970, Omaha, NE 68103-2970 |
| 517185453 | + | EDI: WFNNB.COM | Feb 18 2023 01:34:00 | New York & Co., PO Box 659728, San Antonio, TX 78265-9728 |
| 517826588 | | EDI: PRA.COM | Feb 18 2023 01:34:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517826589 | | EDI: PRA.COM | Feb 18 2023 01:34:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517185454 | + | EDI: RMSC.COM | Feb 18 2023 01:34:00 | Pay Pal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 517185455 | + | Email/Text: bankruptcy1@pffcu.org | Feb 17 2023 20:41:00 | Police and Fire FCU, 901 Arch St, Philadelphia, pa 19107-2495 |
| 517375324 | | EDI: Q3G.COM | Feb 18 2023 01:34:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517186190 | + | EDI: RMSC.COM | Feb 18 2023 01:34:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517247164 | + | EDI: LCITDAUTO | Feb 18 2023 01:34:00 | TD Auto Finance, LLC, Trustee Payment Department, PO Box 16041, Lewiston, ME 04243-9523 |
| 517386593 | + | Email/Text: bncmail@w-legal.com | Feb 17 2023 20:42:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517185457 | + | EDI: WTRRNBANK.COM | Feb 18 2023 01:34:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 517185458 | + | EDI: WTRRNBANK.COM | Feb 18 2023 01:34:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 517215867 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Feb 17 2023 20:41:00 | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 517185460 | + | EDI: WFNNB.COM | Feb 18 2023 01:34:00 | Victoria's Secret, PO Box 182273, Columbus, OH 43218-2273 |
| 517185462 | + | EDI: RMSC.COM | Feb 18 2023 01:34:00 | Walmart, PO Box 530927, Atlanta, GA 30353-0927 |
| 517185461 | + | EDI: RMSC.COM | Feb 18 2023 01:34:00 | Walmart, PO Box 960024, Orlando, FL 32896-0024 |

TOTAL: 53

District/off: 0312-1 | User: admin | Page 4 of 5
Date Rcvd: Feb 17, 2023 | Form ID: 3180W | Total Noticed: 70

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Members 1st of NJ Federal Credit Union, McKenna, DuPont, Higgins & Stone, PO Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 517315395 | *+ | VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 19, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor VW Credit Inc. dba Audi Financial Services dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association as trustee of Tiki Series IV Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Dwelling Series IV Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor MTGLQ Investors  LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Karen B. Olson | on behalf of Creditor HMC Assets LLC kbo@kkmllp.com |
| Karen B. Olson | on behalf of Creditor HMC Assets  LLC Solely in its capacity as Separate Trustee of Community Development Fund III Trust kbo@kkmllp.com |
| Kevin Gordon McDonald | on behalf of Creditor MTGLQ Investors  LP kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Michael R. DuPont | on behalf of Creditor Members 1st of NJ Federal Credit Union dupont@redbanklaw.com  lori@redbanklaw.com |
| R. A. Lebron | on behalf of Creditor FULTON BANK OF NEW JERSEY bankruptcy@fskslaw.com |
| Richard James Tracy, III | |

| | |
|---|---|
| | on behalf of Creditor TD Auto Finance LLC richard.tracy.iii@gmail.com tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com |
| Terry Tucker | on behalf of Debtor Derek J Leary terrytucker@comcast.net |
| Terry Tucker | on behalf of Joint Debtor Michelle L Leary terrytucker@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 16